IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ROSANNA BRUTON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-05-307 |
| | § | |
| GENERAL MOTORS CORPORATION and | § | |
| TOYOTA MOTOR CORPORATION, | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING DEFENDANT TOYOTA MOTOR CORPORATION'S UNOPPOSED MOTION FOR SUMMARY JUDGEMENT

This case arises out of injuries sustained by Plaintiff Rosanna Bruton ("Plaintiff") in a motor vehicle crash in Brookshire, Texas. Now before the Court is Defendant Toyota Motor Corporation's ("Toyota") Motion for Summary Judgment. On July 7, 2006, Plaintiff filed her Notice of No Opposition to Toyota's Motion. Accordingly, the Court finds that Plaintiff has produced no evidence to support her claims against Toyota, and Toyota's Motion for Summary Judgment is **GRANTED**. All of Plaintiff's claims against Toyota are hereby **DISMISSED WITH PREJUDICE**. Each Party to bear its own taxable costs, expenses, and attorneys' fees incurred herein to date. A Final Judgment on this and all remaining claims will be issued in due course.

**IT IS SO ORDERED**.

**DONE** this 7th day of July, 2006, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge